UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WORLDWIDE DIRECTORIES, S.A. DE C.V., and IDEAS INTERACTIVAS, S.A. DE C.V.<br><br>                              Plaintiffs,<br>v.<br><br>YAHOO! INC., YAHOO DE MEXICO, S.A. DE C.V., BAKER & MCKENZIE, and BAKER & MCKENZIE, S.C.<br><br>                              Defendants. | Civ. Action No. 14-cv-7349 (AJN) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the undersigned attorneys for Defendants Baker & McKenzie LLP and Baker & McKenzie, S.C. (the "Baker Defendants"), respectfully request that this Court enter an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting the Baker Defendants' motion to dismiss the complaint in the above-captioned action, with prejudice, and for such other and further relief as the Court deems just and proper.

1

In support of its motion, the Baker Defendants rely on the accompanying Memorandum of Law, including the Joint Request for Judicial Notice and Notice Under Rule 44.1, and the exhibits annexed to the Declaration of Ana C. Reyes, which are incorporated by reference herein.

Dated:  January 21, 2015

Respectfully Submitted,

WILLIAMS & CONNOLLY LLP

By:   __/s/ Ana C. Reyes_____
John K. Villa (*pro hac vice* )
Ryan T. Scarborough (*pro hac vice*)
Ana C. Reyes (*pro hac vice*)

725 Twelfth Street, N.W.
Washington, DC 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029
jvilla@wc.com
rscarborough@wc.com
areyes@wc.com

*Attorneys for Defendant Baker & McKenzie LLP*

CLAYMAN & ROSENBERG LLP

By:   __/s/ Charles E. Clayman_____
Charles E. Clayman
Isabelle A. Kirshner
Wayne E. Gosnell, Jr.

305 Madison Avenue, Suite 1301
New York, NY 10165
Tel: (212) 922-1080
Fax: (212) 949-8255
clayman@clayro.com
kirshner@clayro.com
gosnell@clayro.com

*Attorneys for Defendant Baker & McKenzie, S.C.*

To:  Robert A. Magnanini
**STONE & MAGNANINI LLP**
150 JFK Parkway
4th Floor
Short Hills, NJ 07078
Tel:    (973) 218-1106
Fax:   (973) 218-1106
rmagnanini@stonemagnaninilaw.com

*Attorneys for Plaintiffs*

GIBSON, DUNN & CRUTCHER LLP
Theodore J. Boutrous, Jr.
Scott A. Edelman
Perlette Michèle Jura
Shannon Mader

333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:    (213) 229-7000
Facsimile:    (212) 229-7520

tboutrous@gibsondunn.com
sedelman@gibsondunn.com
pjura@gibsondunn.com
smader@gibsondunn.com

*Attorneys for Yahoo! Inc. and*
*Yahoo de Mexico, S.A. de C.V.*

(by ECF)