IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WORLDWIDE DIRECTORIES, S.A. DE C.V., and IDEAS INTERACTIVAS, S.A. DE C.V., <br><br> Plaintiffs, <br> v. <br><br> YAHOO! INC., YAHOO DE MEXICO, S.A., DE C.V., BAKER & MCKENZIE, and BAKER & MCKENZIE, S.C., <br><br> Defendants. | Civ. Action No. 14-cv-7349 (AJN) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 17 2015

**MOTION OF GISELLE BARCIA TO WITHDRAW
AS COUNSEL OF RECORD FOR DEFENDANT BAKER & MCKENZIE LLP**

PLEASE TAKE NOTICE that, pursuant to Local Rule 1.4, Giselle Barcia of Williams & Connolly LLP respectfully moves for leave to withdraw her appearance as counsel of record for Defendant Baker & McKenzie LLP in the above-captioned action. Effective July 25, 2015, Giselle Barcia will no longer be affiliated with Williams & Connolly LLP, counsel of record for Defendant Baker & McKenzie LLP. All other previously appearing counsel from Williams & Connolly LLP will continue to serve as counsel of record for Defendant Baker & McKenzie LLP in this action.

Dated: July 24, 2015

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

/s/ Giselle Barcia (*pro hac vice*)
Giselle Barcia (pro hac vice)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street N.W.
Washington, D.C. 20005
(202) 434-5000
gbarcia@wc.com

*Attorney for Defendant Baker & McKenzie LLP*

SO ORDERED

_____
Judge, United States District Court

8/17/15